```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2021
```

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ANGELIQUE PESCE**<br>*Special Assistant Corporation Counsel*<br>Cell: (914) 649-9724 |

September 13, 2021

**VIA ECF**

Hon. J. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *D.H. v. N.Y.C. Dep't of Educ.* 21-cv-06853(MVK)(DCF)

Dear Judge Vyskocil:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Georgia M. Pestana, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

      I write to respectfully request a 90-day stay of this case, including a stay of the deadline by which Defendant must file its answer. Plaintiff consents to these requests, and has agreed to provide billing records for this matter by September 13, 2021. This is the second request for an extension of the time to answer and the first request for a stay. Defendant's first request for an extension was made on August 30, 2021 and granted by Your Honor that same day.

      The requested extension would provide Defendant with sufficient time to review the billing records (once provided) with the administrative record, and obtain settlement authority from the New York City Office of the Comptroller. We are hopeful that the parties will settle this matter without the need for further burden on the Court's time.

      Accordingly, Defendant respectfully requests that the action be stayed for 90 days.

      Thank you for considering this request.

      Thank you for considering these requests.

                                    Respectfully submitted,

/s/
Angelique Pesce
Special Assistant Corporation Counsel

cc: Irina Roller, Esq. (via ECF)

**GRANTED IN PART. Defendant must answer or otherwise respond on or before November 15, 2021. SO ORDERED.**

Date: 9/14/2021
New York, New York

Mary Kay Vyskocil
United States District Judge