```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.H. individually and on behalf of J.H., a minor,

                Plaintiffs,

-against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION.,

                Defendant.

1:21-cv-6853-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On August 13, 2021, Plaintiff D.H. commenced this action individually and on behalf of J.H., a minor, against the Defendant the New York City Department of Education. [ECF No. 1]. After receiving two extensions, [ECF Nos. 8, 10], Defendant filed its Answer on November 15. [ECF No. 12]. Thereafter, this Court scheduled an Initial Pre-Trial Conference and entered an Order directing the Parties to submit a Proposed Case Management Plan and Scheduling Order, in connection with a joint letter, as required by this Court's Individual Rules of Practice. [ECF No. 13]. The Parties did not comply with the Court's Order.

    IT IS HEREBY ORDERED that the Initial Pre-Trial Conference scheduled for January 5, 2022 is adjourned to January 12, 2022 at 3:00pm. The Parties are admonished to comply with the Court's Individual Rules of Practice. Failure to comply with the Court's Individual Rules and this Order may result in sanctions, including dismissal.

**SO ORDERED.**

**Date: January 3, 2022**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**