```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

D.H. individually and on behalf of his child
J.H., a minor'

                                            Plaintiff,                **ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,        **21-CV-6853 (MKV)**

                                          Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 19). A telephone conference will be held on **Wednesday, April 20, 2022 at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: February 28, 2022
       New York, New York

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge