USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

D.H. individually and on behalf of his child J.H., a minor'

           Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**21-CV-6853 (MKV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light the Stipulation of Settlement and Dismissal filed on March 17, 2022 (doc. no 21) the Pre-Settlement Telephone Conference currently scheduled for **April 20, 2022** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: March 17, 2022
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge